IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN RT SEGURA,

    Petitioner,

v.                                                    No. 2:24-cv-849 SMD/KRS

EDDY COUNTY DETENTION CENTER,

    Respondent.

**ORDER TO CURE DEFICIENCY**

    This matter is before the Court on Petitioner's Letter-Pleading regarding his detention at the Eddy County Detention Center (Doc. 1). Petitioner is incarcerated and proceeding *pro se*. It appears Petitioner wishes to challenge the constitutionality of his pretrial detention. To do so, he may file a habeas corpus petition under 28 U.S.C. § 2241 within thirty (30) days of entry of this Order. By the same deadline, Petitioner must either prepay the $5 habeas filing fee or, alternatively, file a motion to proceed *in forma pauperis*. Any *in forma pauperis* motion must include an inmate account statement. *See* Habeas Corpus Rule 3(a)(2). All filings must include the case number (No. 24-cv-849 SMD/KRS). The Clerk's Office will mail Petitioner a blank § 2241 habeas petition and a blank *in forma pauperis* motion. The failure to timely comply with both directives in this Order (*i.e.*, return a completed petition and address the filing fee) may result in dismissal of this case without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner must: (1) file a § 2241 habeas petition; and (2) prepay the $5 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified account statement.

    **IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a blank 28

U.S.C. § 2241 habeas petition and a blank motion to proceed *in forma pauperis*.

IT IS SO ORDERED this 21st day of May, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE