IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN RT SEGURA,

    Plaintiff,

v.                                                                                                                      No. 24-cv-849 SMD/KRS

EDDY COUNTY DETENTION CENTER,

    Defendant.

## FINAL JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, **IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

_____
UNITED STATES DISTRICT JUDGE